| Attorney or Party Name, Address, Telephone &amp; FAX Nos., State Bar No. &amp; Email Address | FOR COURT USE ONLY |
|---|---|
| **Roland Kedikian** <br> **220 S Kenwood St # 310** <br> **Glendale, CA  91205-1671** <br> Phone: **(818) 409-8911**  Fax: **(818) 671-3207** <br> Email: **roland@kedikian.com** <br> Bar Number: **193164** <br><br> [ ] *Debtor(s) appearing without an attorney* <br> [ ] *Attorney for Debtor(s)* **Pyter, Ludmila Teresa** | |

### United States Bankruptcy Court

| In re : <br> **Pyter, Ludmila Teresa** <br><br><br><br><br> Debtor (s). | CASE NO: **7** <br> CHAPTER <br><br> **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE** <br> [11 U.S.C. § 521(a)(1)(B)(iv)] <br><br> [No Hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. [ X ] I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** *(Check only ONE box below):*

    [  ] **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    [ X ] **I was not paid by an employer** because I was either self-employed only, or not employed.


Date

3, 6, 2020        **Pyter, Ludmila Teresa**                    _[signature]_
                  Printed name of Debtor 1                     Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    F 1002-1.EMP.INCOME.DEC

2. [ ] I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** *(Check only ONE box below):*

[ ] **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

[ ] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date

_____    _____    _____
                           Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 1002-1.EMP.INCOME.DEC**