United States Bankruptcy Court
Central District of California

In re:  
Ludmila Teresa Pyter  
    Debtor

Case No. 20-12947-ER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: scowanC          Page 1 of 1          Date Rcvd: May 13, 2020  
                        Form ID: ntcpdiv          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
```
db              Ludmila Teresa Pyter,    4337 Price St,    Los Angeles, CA  90027-2815
40207854        Adam Streltzer,    1875 Century Park E Ste 700,    Los Angeles, CA 90067-2508
40207855        Bsi Financial Services,    101 N 2nd St,    Titusville, PA 16354-2115
40207857        Specialized Loan Servicing,    PO Box 636005,    Littleton, CO 80163-6005
40207858        Walker Kabat,    6030 N Camelback Manor Dr,    Paradise Valley, AZ 85253-5148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +E-mail/Text: sleslie@iq7technology.com May 14 2020 04:35:11      Sam S Leslie (TR),
                 3435 Wilshire Blvd., Suite 990,    Los Angeles, CA 90010-1998
smg             EDI: EDD.COM May 14 2020 08:23:00       Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM May 14 2020 08:23:00       Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/Text: finance.bankruptcy@lacity.org May 14 2020 04:34:38      Los Angeles City Clerk,
                 P.O. Box 53200,    Los Angeles, CA  90053-0200
40207856        EDI: JPMORGANCHASE May 14 2020 08:23:00       Chase Mortgage,    Mail Code LA4-5555,
                 700 Kansas Ln,    Monroe, LA 71203-4774
```
                                                                                                                                                            TOTAL: 5

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
```
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
```
              Lemuel Bryant Jaquez    on behalf of Interested Party    Courtesy NEF
               bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com
              Rika Kido    on behalf of Trustee Sam S Leslie (TR) rkido@shulmanbastian.com,
               avernon@shulmanbastian.com
              Roland H Kedikian    on behalf of Debtor Ludmila Teresa Pyter roland@kedikian.com,
               g2547@notify.cincompass.com
              Sam S Leslie (TR)    sleslie@trusteeleslie.com,
               sleslie@iq7technology.com;trustee@trusteeleslie.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
```
                                                                                                                                                                                                                                  TOTAL: 5

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Ludmila Teresa Pyter
**SSN:** xxx–xx–3089
**EIN:** N/A
aka Ludi P. Kabat, aka Ludmila Pyter–Kabat

4337 Price St
Los Angeles, CA 90027–2815

**BANKRUPTCY NO.** 2:20–bk–12947–ER
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before August 11, 2020**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: May 13, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**12 / LS**